IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 1:24-MJ-331 |
| ) | |
| CHRISTINE WAYENBERG, ) | |
| ) | Court Date: August 19, 2024 |
| Defendant. ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor–E1862989)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about May 11, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, CHRISTINE WAYENBERG, did unlawfully go upon and remain upon the premises of another after having been forbidden to do so by the owner and lessee of the premises.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 18.2-119.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Email: matthew.richardson2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2024, a true and correct copy of the Criminal Information was sent via e-mail to the attorney of record.

By:       /s/
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov